## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

**IN THE MATTER OF:**

**PATRICK SPARKS**
**SSN: xxx-xx-9847**
**Debtor**

**CASE NUMBER:    02-30823-**
**CHAPTER 13**

---

### NOTICE TO RETAILERS NAT. BANK-DSD, THE CREDITOR'S RIGHTS & BANKRUPTCY, A DIVISION OF PHILLIP & COHEN ASSOC THAT $31.50 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Retailers Nat. Bank-DSD, The Creditor's Rights & Bankruptcy, A Division of Phillip & Cohen Assoc., creditor herein, and deposits $31.50 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1.    That the last known address for Retailers Nat. Bank-DSD, The Creditor's Rights & Bankruptcy, A Division of Phillip & Cohen Assoc. was:

   695 Rancocas Road, Suite 101
   Westampton, NJ 08060

2.    That the debtor's case was discharged on May 21, 2010, and the Trustee received disbursements made to the creditor after the case was closed.

3.    That any objections to said Deposit should be made in writing with the Court Clerk.

Dated:    June 17, 2010

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on  June 17, 2010

By U.S. Mail postage prepaid
Debtor: Patrick Sparks, 121 Joey Court, Bremen, IN 46506
Creditor:  Retailers Nat. Bank-DSD, The Creditor's Rights & Bankruptcy, A Division of Phillip
& Cohen Assoc., 695 Rancocas Road, Suite 101, Westampton, NJ 08060

By electronic mail via CM/ECF:
Debtor's Attorney: Debra Voltz-Miller
U.S. Trustee:  ustregion10.so.efc@usdoj.gov


/s/ Harriette M. King
Harriette M. King